IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO.: 1:08cr10-SPM

DOREEN SAGER,

       Defendant.
_____/

### ORDER DENYING MOTION TO DISMISS

This cause comes before the Court on Defendant Sager's Motion to Dismiss Count Three of the Third Superseding Indictment as Duplicitous (doc. 310). The indictment properly charges Defendant with violating Title 18, United States Code, Section 1512(c)(2), which covers attempts to hide or dispose of assets subject to forfeiture. United States v. Wall, No. 07-10469, 285 Fed. Appx. 675, 683-84, 2008 WL 2795145 at *8 (11th Cir. July 21, 2008). Accordingly, it is

ORDERED AND ADJUDGED: the motion to dismiss (doc. 310) is denied.

DONE AND ORDERED this 30th day of May, 2009.

                                 *s/ Stephan P. Mickle*
                                 Stephan P. Mickle
                                 United States District Judge